**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) __Shemeke K. Slaughter__   Case No. __20 B 11084__   Chapter __13__

All Cases: Moving Creditor __AmeriCredit Fin. Svcs. Inc., d/b/a GM Financial__   Date Case Filed __5/18/20__

Nature of Relief Sought:  ☑ Lift Stay   ☐ Annul Stay   ☑ Other (describe) __Lift Co-Debtor Stay__

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed __8/21/20__

Chapter 7:  ☐ No-Asset Report Filed on _____
            ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☑ Car   Year, Make, and Model __2018 Mitsubishi Outlander__
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date  $ __19,896.49__
   Total of all other Liens against Collateral $ _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $ __17,725.00__

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____   Amount $ _____

   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of months __3.97__   Amount $ __1,940.26 w/ next due 1/28__

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____   Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☑ No insurance
      ii. ☐ Taxes unpaid   Amount $ _____
      iii. ☑ Rapidly depreciating asset
      iv. ☐ Other (describe) _____

   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: __1/18/21__                        __/s/ Cari A. Kauffman__
                                              Counsel for Movant

(Rev. 12 /21/09)